# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0459

_____

FICKLING AND COMPANY, INC.,
and NGI ACQUISITIONS, LLC,

    Appellants/Cross-Appellees,

    v.

WEST SHORE LEGACY, LLC, and
ALACHUA COUNTY, FLORIDA,

    Appellees/Cross-Appellants.

_____


On appeal from the Division of Administrative Hearings.
Suzanne Van Wyk, Administrative Law Judge.

May 31, 2024


PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and BILBREY and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

D. Kent Safriet and Joshua E. Pratt of Holtzman Vogel Baran Torchinsky & Josefiak, PLLC, Tallahassee; Patrice Boyes of Patrice Boyes, P.A., Gainesville, for Appellants/Cross-Appellees.

Robert N. Clarke, Jr., Martin B. Sipple, and Magdalena Ozarowski of Ausley & McMullen, P.A., Tallahassee, for Appellee/Cross-Appellant West Shore Legacy, LLC.